# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINE C. SHUBERT, : <br> CHAPTER 7 TRUSTEE : <br> Plaintiff, : <br> : <br> v. : <br> : <br> LAW OFFICES OF : <br> PAUL J. WINTERHALTER, AND : <br> PAUL J. WINTERHALTER : <br> Defendants. : | MISC MATTER <br><br> NO. 14-176 |

## ORDER

**AND NOW**, this 8th day of May 2015, upon consideration of Defendants' Motion for Withdrawal of Reference of Adversary Proceeding to District Court [Doc. No. 1], and Plaintiff's response in opposition thereto, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendants' motion is **DENIED**. Because there are no further matters at issue in this proceeding, the Clerk of Court shall **CLOSE** this case.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**